**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MOHAMMED AL-ADAHI, <u>et</u> <u>al.</u>,** : | |
| : | |
| **Petitioners,** : | |
| : | |
| **v.** : | **Civil Action No. 05-280 (GK)** |
| : | |
| **GEORGE W. BUSH, <u>et</u> <u>al.</u>,** : | |
| : | |
| **Respondents.** : | |
| : | |

<u>**ORDER**</u>

A Status Conference was held in this case on January 26, 2009. Upon consideration of the representations of the parties, and the entire record herein, it is hereby

**ORDERED**, that parties' motions on the admission of hearsay evidence are due no later than 10 days prior to the date on which initial briefs for judgment are due, pursuant to § II.C of this Court's Case Management Order #1.

 

|  |  |
|---|---|
| | /s/ |
| January 27, 2009 | Gladys Kessler |
| | United States District Judge |

<u>Copies to</u>: Attorneys of Record via ECF